

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DONNA WRIGHT,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:05-CV-3106-AS<br><br>ORDER FOR ATTORNEY<br>FEES AND COSTS |

Attorney fees in the amount of $10,000.00 are hereby awarded to Plaintiff, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $250.00 are

///

///

awarded pursuant to 28 U.S.C. § 1920. Both checks shall be sent to Attorney Tim Wilborn at Wilborn Law Office, P.C., 19093 S. Beavercreek Road, PMB # 314, Oregon City, OR 97045.

DATED this __19__ day of __June__, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Stephanie R. Martz
STEPHANIE R. MARTZ
Special Assistant United States Attorney
(206) 615-2272
of Attorneys for Defendant

s/ Stephanie R. Martz for
TIM WILBORN
Wilborn Law Offices
(503) 632-1120
Attorney for Plaintiff